IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD ALEX STEVENSON,
Petitioner,
vs.
THE FIRST JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CARSON CITY; AND THE
HONORABLE JAMES E. WILSON,
DISTRICT JUDGE,
Respondents.

No. 69294

FILED

JAN 14 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This is an original pro se petition for a writ of mandamus challenging a district court order denying petitioner's motion to proceed in forma pauperis.

Having considered the petition and supporting documents, we are not persuaded that the district court arbitrarily and capriciously exercised its discretion in denying petitioner's motion for leave to proceed in forma pauperis so as to warrant writ relief. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (recognizing that petitioner bears the burden to

demonstrate that writ relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. James E. Wilson, District Judge
       Ronald Alex Stevenson
       Attorney General/Carson City
       Carson City Clerk

_____

[1]Petitioner's December 3, 2015, motion for leave to file pro se documents is denied as moot.